UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER ANDRE JAMES, : | |
| : | CIVIL ACTION NO. 3:20-1727 |
| Petitioner : | |
| : | (JUDGE MANNION) |
| v. : | |
| : | |
| WARDEN CLAIR DOLL, : | |
| : | |
| Respondent : | |

## ORDER

FILED
SCRANTON
NOV 18 2020
PER _____
DEPUTY CLERK

This habeas corpus matter was lodged by the petitioner on September 23, 2020, without a filing fee or, an application to proceed *in forma pauperis*. (Doc. 1).

Accordingly, on September 24, 2020, an Administrative Order issued in this case which informed the petitioner that this action would not proceed unless the petitioner, within thirty (30) days of the date of the Administrative Order, either: (1) tendered to the "Clerk, U.S. District Court" payment in the amount of $5.00; **or** (2) filed a properly completed and signed application to proceed *in forma pauperis*. An application to proceed *in forma pauperis* was enclosed. Petitioner was advised that failure to comply with the terms of the

Administrative Order within thirty (30) days would cause this case to be dismissed without prejudice. (Doc. 2).

More than thirty (30) days have elapsed and the Petitioner has made neither an appropriate submission, nor requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

Further, on November 4, 2020, the Respondent filed a Suggestion of Mootness in which she indicates, *inter alia*, that legal counsel for ICE has recently advised that the United States Attorney's Office that on October 29, 2020, the petitioner was removed from the United States and that the Court should dismiss the petition as moot.  (Doc. 6).

**THEREFORE, IT IS ORDERED** that this action is dismissed without prejudice, and the Clerk of Court shall close this file.

_____
MALACHY E. MANNION
United States District Judge

Dated:  November 17, 2020